ACCEPTED
12-15-00230-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/30/2015 4:28:15 PM
Pam Estes
CLERK

## CAUSE NO. 12-15-00230-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| **VS.** | §§§ | **TWELFTH COURT** |
| **RUEBEN REED** | §§ | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/30/2015 4:28:15 PM
PAM ESTES
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes RUEBEN REED, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. RUEBEN REED</u>, and numbered 31388.

3.      Appellant was convicted of Possession of a Controlled Substance.

4.      Appellant was assessed a sentence of 2 years in the State Jail Division of the Texas Department of Criminal Justice on July 23, 2015

5.      Notice of appeal was given on August 21, 2015.

6.      The clerk's record was filed on September 30, 2015; the reporter's record was filed on November 30, 2015.

7.      The appellate brief is presently due on December 30, 2015.

8.      Appellant requests an extension of time of 30 days from the present date, i.e. January 30, 2015.

9.      No prior extensions to file the brief have been filed in this cause.

10.      Defendant is currently incarcerated.

11.      Appellant relies on the following facts as good cause for the requested

extension:

Appellant's attorney has been unable to properly review the record or visit with Appellant. Appellant is incarcerated at the Bradshaw Unit. Appellant's attorney will schedule a time to visit with Appellant after the holiday weekend. Appellant's attorney was not Appellant's trial attorney.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474

By:_____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for RUEBEN REED

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2015, a true and correct copy of the above and foregoing document was served on the Anderson County District Attorney's Office by electronic filing manager.

_____
PHILIP C. FLETCHER

**STATE OF TEXAS**                                         §
                                                           §
**COUNTY OF ANDERSON**                                     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 30, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas